IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.   5:25-MJ-236 (MWP) |
| ) | |
| **v.** ) | |
| ) | |
| **ROBERT W. JOHNSON,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

ORDER

WHEREAS, the Government has moved for a mental competency evaluation of the defendant based on the defendant's behavior and statements, this Court, having also made observations of the behavior and comments of the defendant during hearings on August 14, 2025 and August 19, 2025, hereby finds there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and this Court also finds that a pre-hearing psychiatric/psychological examination and evaluation pursuant to Title 18, United States Code, Section 4241 of the defendant is necessary and appropriate.

WHEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that the defendant is committed to the custody of the Attorney General of the United States for a psychiatric or psychological examination pursuant to Title 18, United States Code, Section 4241(a) and Title 18, United States Code, Section 4247(b). The Psychiatrist or Psychologist who conducts this examination shall write and file with the Court a psychiatric or psychological report pursuant to the provisions of Title 18, United States, Section 4247 (b) and (c), and the report shall include (1) the person's history and present symptoms, (2) a description of the psychiatric, psychological, and

medical tests that were employed and their results, (3) the examiner's findings and (4) the examiner's opinions as to diagnosis, prognosis, and (5) whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Pursuant to Title 18, United States Code, Section 4247(b) the defendant is hereby ordered to remain in the custody of the Attorney General for placement into a suitable facility to conduct said psychiatric or psychological examinations for a reasonable time not to exceed 30 days. The Director of the facility designated to conduct the examination may apply for a reasonable extension not to exceed 30 days upon a showing of good cause.

ORDERED, that the United States Marshal's service shall transport the defendant to the institution so designated by the BOP for the required examination; and it is further

ORDERED, that pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court finds that the time up until and including the conclusion of any hearing to determine the mental capacity of defendant is excluded for the purposes of calculating when an information or indictment must be filed.

IT IS SO ORDERED.

_____
Hon. Mark W. Pedersen
United States Magistrate Judge

Dated: August 19, 2025