U.S. COURTS OF AMERICA

| United States of America, | 5:25-mj-00236(MWP) |
| v. | MOTIONS FOR NEW DISCOVERED EVIDENCE & |
| Robert W. Johnson, | NOTICES OF APPEALS |
| Defendant | |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV - 5 2025
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

I, Robert W. Johnson, hereby declares all statements to be true and correct to my knowledge & beliefs;

1. On October 15, 2025, Robert W. Johnson was removed from Brooklyn Metropolitan Detention Center and transported to Delaware County Correctional Facility.

2. Otisville Correctional Facility and Delaware County Correctional Facility Sheriffs transported Robert W. Johnson to above-said locations and was in violation of Mark W. Pedersen's "ORDER" on August 19, 2025 that stated the U.S. Marshals were responsible for transporting Robert W. Johnson.

3. Robert W. Johnson was falsely arrested on August 12, 2025 and am being subjected to cruel and unusual punishments.

4. Robert W. Johnson requests the courts to sanction all parties involved in total amount of $999,999,999.99 and Robert W. Johnson reserves all rights for appeals and sanctions.

5. Robert W. Johnson requests to be released on his own recognizance and for DISMISSALS of criminal complaints.

10/18/2025

Robert W. Johnson

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served copies of Motions For New Discovered Evidence & Notice of Appeals upon:

1. Court Clerk: 100 S. Clinton St. Syracuse, NY 13261.
2. Court Clerk: 40 Foley Square: New York, NY 10007.
3. U.S. Attorney General: 100 S. Clinton St. Syracuse, NY 13261.

10/18/2025

Robert W. Johnson
Robert W. Johnson

Johnson, ROBERT W
ID# 10725
Delaware County Jail
280 Phoebe Lane, Suite 6
Delhi, NY 13753

LEGAL MAIL

Inmate Correspondence

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

NOV 0 5 2025

RECEIVED

SYRACUSE NY 130
4 NOV 2025 PM 3

US POSTAGE (IMI) PITNEY BOWES
ZIP 13753
02 7H
0001286751
$ 000.74⁰
NOV 03 2025

COURT CLERK: U.S. COURTS
100 S. CLINTON ST.
SYRACUSE, NY 13261

13261-610100

10725