IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:25-MJ-236 (MJP) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ROBERT W. JOHNSON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This Court held a hearing on November 14, 2025, to address the question of Defendant's competence to stand trial. At the conclusion of the hearing, this Court indicated that a large amount of information had been provided during the hearing that needed to be considered and that the Court would issue a written order. After considering what was presented at the hearing, reviewing Dr. Jenkins's report, which I adopt in full, and based on my observations of Defendant during appearances in Court, I find that Defendant is currently incompetent to stand trial, and direct that Defendant be committed to a mental health facility for further evaluation and treatment to determine whether the Defendant will attain the capacity to permit these proceedings to go forward pursuant to 18 U.S.C. § 4241(d).

**ACCORDINGLY**, it is hereby

**ORDERED**, that Defendant is committed, pursuant to 18 U.S.C. § 4241(d), to the custody of the Attorney General for a reasonable period, not to exceed four months, for psychiatric evaluation, examination, and treatment as is necessary to determine whether there is a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the proceedings to go forward, such treatment to be conducted in a suitable facility, as set forth herein and as designated by the Federal Bureau of Prisons ("BOP"); and it is further

**ORDERED**, that the United States Marshal's service shall transport Defendant to the institution so designated by the BOP for the required evaluation, examination, and treatment by a licensed psychiatrist as set forth herein; and it is further

**ORDERED**, that when the treatment provider determines whether or not there is a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the proceedings to go forward, the treatment provider shall file a certificate with the clerk of court setting forth the provider's conclusion, pursuant to 18 U.S.C. § 4241(e), and the Court shall thereafter schedule a hearing to make such a determination pursuant to 18 U.S.C. § 4241(d)(2) and to determine what, if any, additional period of commitment is reasonable; and it is further

**ORDERED**, that pursuant to 18 U.S.C. § 3161(h)(1)(A), the time period up until and including the conclusion of any treatment to determine the restoration of the mental competency of Defendant Robert W. Johnson continues to be excluded for the purposes of calculating the time within which an information or indictment must be filed.

**SO ORDERED**

Date:   November 17, 2025
        Rochester, New York

_____
MARK W. PEDERSEN
United States Magistrate Judge